Commonwealth *v.* Grays, Appellant.

Submitted April 9, 1973. *Stephen H. Hutzelman*

and *Plate, Doyle Kroto and Hutzelman,* for appellant; *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.